IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY L. REYES, et al.<br><br>　　　　　Defendant. | No. C 06-70450 EMC<br><br>**ORDER** |

　　　This matter shall be assigned to the Honorable Charles R. Breyer.

　　　Defendant shall appear before the United States Magistrate Judge Joseph C. Spero at 9:30 a.m. on August 2, 2006 for arraignment and at 10:30 a.m. on August 2, 2006 before the Honorable Charles R. Breyer for further proceedings.

　　　**IT IS SO ORDERED.**

Dated: July 25, 2006

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

N:\pdf documents\CR70450.wpd