**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                    3-06-70450 CRB

8                Plaintiff,                **ORDER OF RECUSAL**

9        v.

10  GREGORY L. REYES, ET AL.,

11               Defendant.

12  _____/

13        This Court, on its own motion, hereby recuses itself from any and all further proceedings in this

14  matter.

15        IT IS SO ORDERED.

16

17  Dated: July 31, 2006

18                                    _____

19                                    JOSEPH C. SPERO
                                      United States Magistrate Judge
20

21

22

23

24

25

26

27

28