RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GREGORY L. REYES, et al., <br><br> Defendants | CASE NO. C06-70450 CRB (JCS) <br><br> DENYING [**PROPOSED**] ORDER G̶R̶A̶N̶T̶I̶N̶G̶ **DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION TO SHORTEN TIME TO FILE AND BE HEARD ON MOTION TO DISMISS CRIMINAL COMPLAINT, OR, IN THE ALTERNATIVE, REQUEST FOR AN EXPEDITED PRELIMINARY HEARING** <br><br> Date: August 2, 2006 <br> Time: 2 p.m. <br> Judge: Hon. Joseph C. Spero <br> Courtroom: A, 15th Floor |

---

[PROPOSED] ORDER G̶R̶A̶N̶T̶I̶N̶G̶ DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION FOR ORDER
DENYING    G̶R̶A̶N̶T̶I̶N̶G̶ SHORTENED TIME
                   DENYING                                                    CASE NO. C06-70450 CRB (JCS)

Defendant Gregory L. Reyes ("Reyes") <u>Ex</u> <u>Parte</u> Application to Shorten Time to File and Be Heard on Motion to Dismiss Criminal Complaint, or, in the Alternative, Request for Expedited Preliminary Hearing came on for expedited hearing on August 2, 2006, at 2 p.m., the Honorable Joseph C. Spero presiding. After consideration of the Application, and all papers filed in support thereof, as well as the argument of counsel and the other pleadings and papers on file in this action, and good cause appearing,

IT IS HEREBY ORDERED that:

The <u>Ex</u> <u>Parte</u> Application is GRANTED for the reasons stated in Reyes's moving papers.

SO ORDERED:

Dated: __7/28/6___

**DENIED** *(stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, Judge Joseph C. Spero)*

_____
C. Spero

RESPECTFULLY SUBMITTED BY:

____/s/ Richard Marmaro_____
RICHARD MARMARO, State Bar No. 91387
JACK P. DICANIO, State Bar No. 138782
RONDA MCKAIG, State Bar No. 216267
RYAN H. WEINSTEIN, State Bar No. 240405
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant
Gregory L. Reyes

---

[~~PROPOSED~~] ORDER ~~GRANTING~~ DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION FOR ORDER
DENYING ~~GRANTING SHORTENED TIME~~
DENYING     CASE NO. C06-70450 CRB (JCS)