UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORY L. REYES and STEPHANIE JENSEN,

Defendants.

No.: CR 06-0556 CRB

~~[PROPOSED]~~ ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

Defendants Gregory L. Reyes and Stephanie Jensen appeared before this Court on August 30, 2006 for a status hearing. Assistant United States Attorney Christopher Steskal appeared on behalf of the United States, Richard Marmaro appeared on behalf of defendant Reyes, and Jan Nielson Little appeared on behalf of defendant Jensen. At the conclusion of the hearing, the parties requested that the Court continue the status hearing to October 4, 2006 and that the Court exclude time under the Speedy Trial Act from August 30, 2006 through October 4, 2006.

In particular, the government represented that this case is unusual and complex in that it involves voluminous discovery, including over 100 boxes of documents and 300 gigabytes of electronically stored data. The government represented that it would not be able to begin to

provide discovery until mid-September. Moreover, the indictment in the case alleges a broad scheme to defraud that occurred over a four year time period and charges multiple counts relating to the scheme. As such, because this case is unusual and complex due the nature of the prosecution and it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by Speedy Trial Act, the parties requested that the Court exclude time under the Act. See 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8)(A) and (h)(8)(B).

Accordingly, the Court HEREBY ORDERS that the status hearing is continued from August 30, 2006 to October 4, 2006 at 2:15 p.m.

The Court FURTHER ORDERS that the time between August 30, 2006 through October 4, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the exclusion is appropriate under 18 U.S.C. § 3161(h)(8)(B)(ii) because this case is unusual and complex due the nature of the prosecution and it is unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by this section. The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendants in a speedy trial and in the prompt disposition of criminal cases. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: September 25, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT [JUDGE]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
DENIED
Judge Charles R. Breyer

Approved as to form:

/s/
RICHARD MARMARO
Counsel for Defendant Reyes

/s/
JAN NIELSEN LITTLE
Counsel for Stephanie Jensen

/s/
CHRISTOPHER J. STESKAL
Assistant United States Attorney