UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GREGORY L. REYES and<br>STEPHANIE JENSEN,<br><br>  Defendants. | No.: CR 06-0556 CRB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING DATE<br>FOR DEFENDANTS' MOTIONS FOR (1)<br>BILL OF PARTICULARS AND (2)<br>NOTICE OF INTENT TO USE EVIDENCE |

The parties stipulate as follows:

1. The defendants filed motions for a bill of particulars and for notice of intent to use evidence that are set for hearing on December 6, 2006. The government's opposition papers are due on November 29, 2006.

2. Government counsel represents that he needs additional time to prepare an opposition to defendants' motions. The government requests that the Court continue the hearing date for

///

///

///

STIP. AND ORDER CONT. MO. HEARING DATE
CR 06-0556 CRB

1  defendants' motions to December 20, 2006. The government's opposition will be due on
2  December 13, 2006.
3  IT IS SO STIPULATED:

6     /s/
   RICHARD MARMARO
   Counsel for Defendant Reyes

9     /s/
   JAN NIELSEN LITTLE
   Counsel for Stephanie Jensen

13    /s/
   CHRISTOPHER J. STESKAL
   Assistant United States Attorney

16      For good cause shown, IT IS HEREBY ORDERED that the hearing date for defendants'
17 motions for a bill of particulars and for notice of intent to use evidence is continued to December
18 20, 2006 at 2:15 p.m. The government's opposition is due on or before December 13, 2006.

20 DATED: November 30, 2006

21    CHARLES R. BREYER
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*

STIP. AND ORDER CONT. MO. HEARING DATE
CR 06-0556 CRB