IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY L. REYES, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00556 CRB<br><br>**ORDER** |

    Defendants' joint motion for a continuance is hereby DENIED. At the hearing scheduled for March 28, 2007, at 2:15 p.m., the government should be prepared to discuss a timetable for providing its pretrial disclosures to Defendants regarding the specific evidence and exhibits it intends to present in its case-in-chief. See L.R. Crim. 17.1-1(b).

    **IT IS SO ORDERED.**

Dated: March 20, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\order re continuance.wpd