IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>GREGORY L. REYES, et al.,<br>            Defendants.             / | No. C 06-00556 CRB<br><br>**ORDER** |

On December 22, 2006, in response to a motion to quash certain subpoenas served by Defendants Gregory Reyes, this Court ordered third parties Morrison & Foerster ("MoFo") and Wilson Sonsini Goodrich & Rosati ("WSG&R") to produce for *in camera* inspection "all responsive documents, including opinion and non-opinion work-product documents that were based on interviews of Brocade employees." (Memorandum and Order, Docket No. 94, at 21.) The Court further required MoFo and WSG&R to submit "a comprehensive log of the materials produced, indicating the nature of each document submitted, a brief description of the information contained therein, and a detailed description of the basis for any residual privilege that may apply to documents." (Id.) To date, the Court has received no such submission from either MoFo or WSG&R.

//

//

MoFo and WSG&R are hereby ORDERED to submit all responsive documents, along with the required log, not later than 5:00 p.m on Friday, April 13, 2007.

**IT IS SO ORDERED.**

Dated: March 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\order re motion to quash 2.wpd