IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>GREGORY L. REYES, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00556 CRB<br><br>**PRETRIAL SCHEDULING ORDER** |

Trial is scheduled to begin in this matter with jury selection on June 11, 2007 ("Trial Date"), and opening statements on June 18, 2007.

### A. Disclosures

The United States shall produce to the defendants all disclosures required by Federal Rule of Criminal Procedure 16 and Criminal Local Rule 16-1(c)(1) and (2) on or before 73 days before the Trial Date, *i.e.* March 30, 2007. The United States is to produce to the defendants all disclosures required by Criminal Local Rule 16-1(3) and (4) on or before 42 days before the Trial Date, *i.e.* April 30, 2007. The United States is to produce to the defendants all *Jencks* material on or before 24 days before the Trial Date, *i.e.* May 18, 2007.

Defendants shall produce all disclosures required by Rule 16 and Criminal Local Rule 16-1 on or before 12 days before the Trial Date, *i.e.* May 30, 2007, and all *Jencks* material on or before 7 days after the government's opening statement, *i.e.* June 25, 2007.

**B.  Pretrial Motions**

All pretrial motions pursuant to Federal Rule of Criminal Procedure 12(b) are to be filed on or before 45 days before the Trial Date, *i.e.* April 27, 2007.  Motions in Limine shall be filed on or before 34 days before the Trial Date, *i.e.* May 8, 2007.  Opposition briefs shall be filed on or before 20 days before the Trial Date, *i.e.* May 22, 2007, and reply briefs shall be filed on or before 13 days before the Trial Date, *i.e.* May 29, 2007.  Motions in Limine shall be heard seven days before trial, *i.e.* June 4, 2007.

**C.  Expert Witnesses**

On or before 61 days before the Trial Date, *i.e.* April 11, 2007, the government is to serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness that the government intends to call at trial in its case-in-chief.  On or before 40 days before trial, *i.e.* May 2, 2007, each defendant is to serve a summary pursuant to Federal Rule of Criminal Procedure 16 for each expert witness that the defendant intends to call at trial, including each expert to be called in rebuttal to expert testimony offered by the United States.  On or before 19 days before trial, *i.e.* May 23, 2007 the government is to serve a summary pursuant to Federal Rule of Criminal Procedure 16 of each expert witness the government intends to call at trial in rebuttal to expert testimony offered by any defendant.

**D.  Pretrial Materials**

The parties shall file Pre-trial Conference Statements, Proposed Jury Instructions, Proposed Voir Dire Questions, Proposed Verdict Forms, and a Joint Proposed Juror Questionnaire (if any) 30 days before the Trial Date, *i.e.* May 11, 2007.  The United States shall file its Witness and Exhibit Lists 30 days before the Trial Date, *i.e.* May 11, 2007.  Defendants shall file Witness and Exhibit Lists on or before seven days after the government's opening statement, *i.e.* June 25, 2007.

**IT IS SO ORDERED.**

Dated: March 29, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\scheduling order.wpd   2