IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY L. REYES, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 06-00556 CRB<br><br>**ORDER** |

Having granted the motion for severance, the Court finds that it is appropriate to proceed to trial first against Defendant Gregory Reyes, and upon completion of that trial, to proceed with a second and separate trial against Defendant Stephanie Jensen.  All pre-trial deadlines set forth in the Court's scheduling order dated March 29, 2007, remain applicable to both Defendants, notwithstanding the severance of their trials.

**IT IS SO ORDERED.**

Dated: April 6, 2007

　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\order re motion to sever 2.wpd