IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY L. REYES, et al.,<br><br>    Defendants.       / | No. C 06-00556 CRB<br><br>**ORDER** |

The Court hereby VACATES its order (Docket No. 149) dated March 29, 2007, regarding the production of documents by third parties Morrison & Foerster and Wilson Sonsini Goodrich & Rosati.

**IT IS SO ORDERED.**

Dated: April 6, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\order re motion to quash 3.wpd