KEKER & VAN NEST, LLP
JAN NIELSEN LITTLE - #100029
MICHAEL D. CELIO - #197998
LAURIE CARR MIMS - #241584
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
jlittle@kvn.com
mcelio@kvn.com
lmims@kvn.com

Attorneys for Defendant
STEPHANIE JENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>GREGORY L. REYES and STEPHANIE JENSEN,<br><br>              Defendants. | Case No. CR 06-00556 CRB (EMC)<br><br>**STIPULATION AND [PROPOSED] AMENDED PRETRIAL SCHEDULING ORDER**<br><br>Judge:      Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |
|---|---|

WHEREAS, after meeting and conferring several times, the parties submitted a Joint Scheduling Conference Statement on March 27, 2007 (Docket no. 147) proposing a schedule for various pretrial disclosures and filings;

WHEREAS, following a status conference on March 28, 2007, the Court, on March 29, 2007, entered a Pretrial Scheduling Order setting forth all pretrial deadlines (Docket no. 150);

WHEREAS, in that Order, while most of the dates were scheduled to occur before the commencement of trial, two dates were set to occur <u>after</u> the government's opening statement, to wit, the Order provided that Defendants shall produce all *Jencks* material and Witness and Exhibit Lists "on or before seven days after the government's opening statement, *i.e.* June 25, 2007", *see* March 29, 2007 Pretrial Scheduling Order at ¶¶ A, D;

WHEREAS, on March 29, the Court granted Defendant Stephanie Jensen's motion for severance, s*ee* March 29, 2007 Mem. and Order re Severance (Docket no. 151), and on April 6, the Court entered an Order stating Ms. Jensen's trial would follow Mr. Reyes' trial, but that notwithstanding the severance of trials, "[a]ll pre-trial deadlines set forth in the Court's scheduling order dated March 29, 2007 would remain applicable to both Defendants", *see* April 6, 2007 Order (Docket no. 165);

WHEREAS, the combination of these orders as currently written would require Ms. Jensen to submit her Witness and Exhibit Lists and *Jencks* material on June 25 (seven days after the government's opening statement in *Mr. Reyes'* separate trial), which would be several weeks *before* the government's opening statements in *her own* trial;

WHEREAS, such an early disclosure of these lists and material by Ms. Jensen is not consistent with the parties' intent when they submitted the Joint Scheduling Conference Statement in which both the government and Defendants proposed that Defendants disclose Witness and Exhibit Lists and *Jencks* Material after the government's opening statement (in what was at that point a joint trial), *see* Joint Scheduling Conference Statement (Docket no. 147) at p.2, lines 6-8, 13-14 & p. 3, lines 10-12; and

1

STIPULATION AND [PROPOSED] AMENDED PRETRIAL SCHEDULING ORDER
CASE NO. CR 06-00556 CRB (EMC)

394248.01

WHEREAS, the Court acknowledged at the March 28th status conference that the Defendants should not be required to turn over Witness/Exhibit Lists and *Jencks* Material "in advance of trial, because…it would not be very meaningful", *see* Transcript of March 28 Status Conference, p. 20, lines 11-13.

THEREFORE, Ms. Jensen and the Government hereby stipulate and jointly request that the Court amend the March 29, 2007 Pretrial Scheduling Order, in the following two limited respects:

1. Paragraph A of the Pretrial Scheduling Order shall be amended to require Ms. Jensen to produce all *Jencks* material on or before seven days after the government's opening statement in *her* trial.

2. Paragraph D of the Pretrial Scheduling Order shall be amended to require Ms. Jensen to file Witness and Exhibit Lists on or before seven days after the government's opening statement in *her* trial.

Respectfully submitted,

Dated:  April 27, 2007                             KEKER & VAN NEST, LLP

                                                                By:  /s. Jan Nielsen Little
                                                                        JAN NIELSEN LITTLE
                                                                        Attorneys for Defendant
                                                                        STEPHANIE JENSEN

Dated:  April 27, 2007                             UNITED STATES OF AMERICA

                                                                By:  /s/ Timothy P. Crudo
                                                                        TIMOTHY P. CRUDO
                                                                        ADAM A. REEVES
                                                                        Assistant U.S. Attorneys

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED:  __May 1_____, 2007         By:_____
                                                                HONORABLE CHARLES R. BREYER
                                                                United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2
STIPULATION AND [PROPOSED] AMENDED PRETRIAL SCHEDULING ORDER
CASE NO. CR 06-00556 CRB (EMC)

394248.01