KEKER & VAN NEST, LLP
JAN NIELSEN LITTLE - #100029
MICHAEL D. CELIO - #197998
LAURIE CARR MIMS - #241584
ERIC H. MACMICHAEL -#231697
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188
jlittle@kvn.com
mcelio@kvn.com
lmims@kvn.com
emacmichael@kvn.com

Attorneys for Defendant
STEPHANIE JENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>GREGORY L. REYES and STEPHANIE JENSEN,<br><br>                              Defendants. | Case No. CR06-00556 CRB (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STEPHANIE JENSEN'S SUMMARY OF PROPOSED EXPERT TESTIMONY PURSUANT TO RULE 16(b)(1)(C)**<br><br>Date:     June 4, 2007<br>Time:    2:00 p.m.<br>Dept:    Courtroom 8<br>Judge:   Hon. Charles R. Breyer |
|---|---|

1

1 | The parties have met and conferred regarding the timing for Ms. Jensen to provide a supplemental disclosure of proposed expert testimony pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), and stipulate and agree as follows:

1. Whereas Ms. Jensen filed her original disclosure on May 2, 2007;

2. Whereas, in an effort to resolve the Government's Motion *in limine* No. 3, Ms. Jensen agreed to provide a supplemental disclosure to the Government by June 1, 2007;

3. Whereas, during the pretrial conference held on May 30, 2007 the Court announced that Ms. Jensen's separate trial would not occur before October of 2007;

4. Whereas, the parties have met and conferred and agree that Ms. Jensen can file her supplemental disclosure closer to her own trial date;

THEREFORE, Ms. Jensen and the Government hereby stipulate and jointly request that the Court enter an Order providing that:

5. Ms. Jensen shall have until August 31, 2007 to provide the Government with a supplemental disclosure pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C); and

6. The Government shall have the option of renewing its motion challenging the sufficiency of Ms. Jensen's disclosures any time prior to September 21, 2007.

Respectfully submitted

Dated: May 31, 2007

SCOTT N. SCHOOLS
United States Attorney

By: /s/ Timothy Crudo
Mark L. Krotoski
Timothy Crudo
Adam Reeves

Concurrence obtained per General Order 45 X.B.

1    Dated: May 31, 2007                KEKER & VAN NEST, LLP

2

3                                        By: /s/ Jan Nielsen Little
                                                  JAN NIELSEN LITTLE
                                                  Attorneys for Defendant
                                                  STEPHANIE JENSEN

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: June 01, 2007         By: _____
                                                HONORABLE CHARLES R. BREYER
                                                United States

*[Seal of United States District Court, Northern District of California with stamp "IT IS SO ORDERED" and signature of Judge Charles R. Breyer]*