IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br>  v.<br>GREGORY L. REYES,<br>  Defendant._____/ | No. CR 06-00556 CRB<br><br>**ORDER RE: PROPOSED JURY QUESTIONNAIRE** |

Attached as Exhibit A is a proposed jury questionnaire for review by the parties. For ease of reference, the Court notes that it has eliminated the following questions from Plaintiffs' proposed questionnaire: 3 (in part), 5, 9-10, 13, 16, 18-20, 33-34, 37, 38 (in part), 39, 42, 45, 47, 50-54, 59, 63, 65-69, 73-77. The Court has struck these questions due to concerns about their relevance; the unnecessarily intrusive nature of some of these questions on the jurors' personal affairs; and the excessive size of a 19-page, 78-question document. The parties should be prepared to comment on the Court's revised proposed questionnaire at the hearing on the motions *in limine* scheduled for Wednesday, June 6, 2007.

**IT IS SO ORDERED.**

Dated: June 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\order re questionnaire.wpd