IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY L. REYES, et al.,<br><br>　　　　Defendants.　　　　　　／ | No. C 06-00556 CRB<br><br>**ORDER** |

　　　Attached as Exhibit A is a proposed statement of the case, which will be read to the jury during *voir dire*. The parties should be prepared to discuss the attached statement prior to the selection of the jury on the morning of Tuesday, June 12, 2007.

**IT IS SO ORDERED.**

Dated: June 11, 2007

　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\order re statement of case.wpd