KEKER & VAN NEST, LLP
JAN NIELSEN LITTLE - #100029
MICHAEL D. CELIO - #197998
LAURIE CARR MIMS - #241584
ERIC H. MACMICHAEL -#231697
710 Sansome Street
San Francisco, CA  94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
jlittle@kvn.com
mcelio@kvn.com
lmims@kvn.com
emacmichael@kvn.com

Attorneys for Defendant
STEPHANIE JENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY L. REYES and STEPHANIE JENSEN,<br><br>Defendants. | Case No. CR06-00556 CRB (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STEPHANIE JENSEN'S SUMMARY OF PROPOSED EXPERT TESTIMONY PURSUANT TO RULE 16(b)(1)(C)**<br><br>Date:    August 29, 2007<br>Time:    2:00 p.m.<br>Dept:    Courtroom 8<br>Judge:   Hon. Charles R. Breyer |

1
STIPULATION AND [PROPOSED] ORDER REGARDING STEPHANIE JENSEN'S SUMMARY OF EXPERT TESTIMONY
CASE NO. C06-00556 CRB (EMC)

401774.01

The parties have met and conferred regarding the timing for Ms. Jensen to provide a supplemental disclosure of proposed expert testimony pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C), and stipulate and agree as follows:

1. Whereas Ms. Jensen filed her original disclosure on May 2, 2007, which was 40 days before her original trial date;

2. Whereas, in an effort to resolve the Government's Motion *in limine* No. 3, Ms. Jensen agreed to provide a supplemental disclosure to the Government by June 1, 2007;

3. Whereas, on May 31, 2007, the parties agreed to continue the disclosure date for Ms. Jensen's supplemental disclosure until August 31, 2007;

4. Whereas, the parties have met and conferred and agree that Ms. Jensen can file her supplemental disclosure closer to her own trial date;

THEREFORE, Ms. Jensen and the Government hereby stipulate and jointly request that the Court enter an Order providing that:

5. Ms. Jensen shall have until 28 days before the date of her separate trial to provide the Government with a Supplemental Disclosure pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C); and

6. The Government shall have the option of renewing its motion challenging the sufficiency of Ms. Jensen's disclosures any time until 14 days before the date of Ms. Jensen's separate trial.

Respectfully submitted

Dated: August 29, 2007

SCOTT N. SCHOOLS
United States Attorney

By:  /s/ Timothy Crudo
Brian J. Stretch
Timothy Crudo
Adam Reeves

Concurrence obtained per General Order 45 X.B.

Dated: August 29, 2007

KEKER & VAN NEST, LLP

By: /s/ Jan Nielsen Little
JAN NIELSEN LITTLE
Attorneys for Defendant
STEPHANIE JENSEN

**THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: *August 29*, 2007    By:_____

HONORABLE CHARLES R. BREYER

United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER REGARDING STEPHANIE JENSEN'S SUMMARY OF EXPERT TESTIMONY
CASE NO. C06-00556 CRB (EMC)