United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00556 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHANIE JENSEN, | |
| Defendant. | |

By Thursday, September 27, 2007, the parties shall identify, in a written submission to this Court, the motions in limine previously filed that the Court should address at the Pre Trial Conference on October 2, 2007 at 9:00am. The parties shall identify the motions to be addressed by name and docket number.

**IT IS SO ORDERED.**

Dated: September 21, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE