IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00556-2 CRB |
| Plaintiff, | **JURY SELECTION QUESTIONNAIRE** |
| v. | |
| STEPHANIE JENSEN, | |
| Defendant. | |

To the JUROR:

The case for which you have been summoned for jury selection is a criminal case entitled <u>United States v. Jensen</u>.  The defendant, Ms. Stephanie Jensen, is the former Director of Human Resources of Brocade Communications Systems, Inc.  Ms. Jensen has been charged with keeping false books and records and conspiracy to keep false books and records.  Ms. Jensen denies all of these charges and has pled not guilty to each and every allegation.

The purpose of this questionnaire is to provide information about your background and experience to assist the Court and to save time in jury selection. This questionnaire is confidential and will not be used for any purpose other than to assist the Court and the attorneys with the jury selection process.

Please answer each question below as completely and accurately as you reasonably can. Your complete written answers will save a great deal of time for the judge, for the lawyers, and for you. If there is not sufficient space provided for you to complete your answers, please continue

your answers on the last page, indicating the question number. Do not write on the reverse side of any page. Please write legibly and use a black pen.

You are expected to sign your questionnaire, and your answers will have the effect of a statement given to the court under oath. We need your very best, honest effort to answer all of the questions. The intention of the questionnaire is to encourage your full expression and candor. Your full cooperation is of vital importance.

If there are any questions that you would feel more comfortable answering in private, simply write "private" in the space provided for your answer. The follow-up questions on that topic will be given out of the presence of the other prospective jurors.

Thank you in advance for your careful and honest response to the questionnaire.

**JUROR QUESTIONNAIRE**

JUROR NO: _____

PART ONE

1. FULL NAME:_____   Mr.  Mrs.  Miss  Ms.  (circle one)

2. Age:_____

3. Residence:  County:_____   City/Town:_____

   How long have you lived at that location?_____
   In the past ten years, what other communities have you lived in?
   _____
   _____
   _____

4. What is your marital status:
   _____ Single and never married
   _____ Currently married and have been for _____ years
   _____ Single, but married in the past for _____ years
   _____ Living with partner for \_\_\_\_\_ years
   _____ Widowed/widower, married in the past for _____ years
   _____ Other: _____

5. If you have children, please state:

   | Name | Sex | Age | Education | Occupation | Does child live w/ you? |
   |---|---|---|---|---|---|
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |
   |  |  |  |  |  |  |

6. What is your current job status?
   _____ Working full-time              _____ Unemployed
   _____ Working part-time              _____ Homemaker
   _____ Retired                        _____ Full-time student

7. Occupation:   [PLEASE NOTE: If you are currently not employed, retired, disabled or a homemaker, please describe your prior employment.]
   a. What is your current occupation and please describe what you do (or what was it, if retired or unemployed)? _____
   _____
   b. By whom are you employed?_____
   c. How long have you worked there? _____
   d. Do you supervise other people?  Yes \_\_\_\_\_   No \_\_\_\_\_    If so, how many? \_\_\_\_\_

1

8. Please list any other jobs you have had in the past ten years and describe what you did at each job:

   _____

   _____

   _____

9. What is the last level of education you completed?
   _____ Grade school or less                  _____ Some college
   _____ Some high school                      _____ College graduate
   _____ High school graduate                  _____ Post-graduate work
   _____ Technical or business school          _____ Attend law school

   Please describe your educational background, including vocational school(s) and/or college(s) attended:

   <u>Areas of study</u>                        <u>Degrees received</u>

   _____

   _____

   _____

Please complete questions 10 and 11 regarding your **present spouse** or **partner**. If you are widowed, divorced or separated, please answer all the following questions regarding your **former spouse/partner**.

10. Current employment status:
    _____ Working full-time                    _____ Unemployed
    _____ Working part-time                    _____ Homemaker
    _____ Retired                              _____ Full-time student

    a. What is his/her occupation (or what was it, if retired or unemployed or disabled)?

       _____

    b. By whom is s/he employed? _____

       How long has s/he worked there? _____

    c. Please describe the nature of his/her job? _____

       _____

    d. What other types of jobs has s/he had in the past?

       _____
       _____
       _____
       _____

2

11. What is the last level of education s/he completed?

    _____ Grade school or less      _____ Some college
    _____ Some high school      _____ College graduate
    _____ High school graduate      _____ Post-graduate work
    _____ Technical or business school      _____ Attend law school

Please name the degrees and major areas of study:
_____
_____

12. Have you, your current spouse/partner or your child ever served in the military?
Yes\_\_\_\_  No\_\_\_\_

If Yes, please list for: <u>You</u>      <u>Present Spouse, Partner or Child</u>

Branch of service: _____      _____

Combat:      Yes\_\_\_\_      No\_\_\_\_      Yes\_\_\_\_      No\_\_\_\_

(Please continue to Part Two.)

3

**PART TWO**

13. How often do you get your news from:

    Newspapers      ☐ Daily    ☐ Weekly    ☐ Monthly    ☐ Never

    Magazines       ☐ Daily    ☐ Weekly    ☐ Monthly    ☐ Never

    Radio           ☐ Daily    ☐ Weekly    ☐ Monthly    ☐ Never

    Television      ☐ Daily    ☐ Weekly    ☐ Monthly    ☐ Never

    Internet        ☐ Daily    ☐ Weekly    ☐ Monthly    ☐ Never

    Other _____    ☐ Daily    ☐ Weekly    ☐ Monthly    ☐ Never
       please specify

14. Have you heard, read or seen anything about this case?
    Yes _____        No _____         If Yes, please describe:

15. Have you ever discussed this case, or have you heard anyone else say anything about this case?     Yes _____        No _____        If Yes, please explain:

16. Have you heard or read or seen anything concerning any *other* case that appears to you to be like this case?   Yes ____     No ____
    If Yes, please describe:

4

17. Have you heard or read or seen anything concerning any *other* case involving any of the people whose names you have heard today?
    Yes___   No___   If Yes, please discuss what you have heard, read or seen:

18. Have you heard, read or seen anything about the "backdating" of stock options?
    Yes___   No___   If Yes, please discuss what you have heard, read or seen:

19. How closely have you followed press reports of allegations of wrongdoing by corporations and executives?

    Very closely ___   Somewhat closely ___   Not too closely ___   Not at all ___

20. Some corporations and their financial problems have been reported in the news over the past few years. Do you have strong feelings concerning these corporations and their executives?
    Yes ___   No ___
    If Yes, please describe your strong feelings:

21. Do you think that you, any relative, or anyone close to you, have been negatively impacted by any corporate financial problems or fraud?
    Yes ___   No ___   If Yes, please explain:

5

22. Have you, any relative, or anyone close to you, ever worked for an accounting firm or held a job that involved accounting, auditing, bookkeeping or finance?
Yes ___   No ___ If Yes, please explain:

23. Have you ever worked at a job where part of your job responsibilities involved working with company auditors or auditors from outside accounting firms?
Yes ___   No ___ If Yes, please describe:

24. Do you hold any opinions about women working in supervisory roles that would prevent you from being fair and impartial in this case?
Yes ___   No ___ If Yes, please explain:

25. Have you, any family members or close friends ever had any education, training or employment in any aspect of human resources (HR)?
Yes ___   No ___ If Yes, please explain:

26. Have you, any family members or close friends ever had any experience in the workplace with an employer's human resources department that would prevent you from being fair and impartial in this case?

Yes ___   No ___ If Yes, please explain:

27.     Have you taken any courses or had any training in business, finance, investment, accounting, bookkeeping, or any similar area?     Yes ___     No ___

If Yes, please explain how many courses and/or how much training you have had and identify the areas in which you have had courses and/or training.

28.     Do you have any training or experience in accounting or auditing?  Yes ___     No ___

29.     Do you receive annual reports from corporations or mutual funds?
Yes ___     No ___ If Yes, do you read them?     Yes ___     No ___

30.     Do you have any specific problems of a serious nature that might make it difficult for you to sit as a juror on a criminal case?  Yes ____ No ____
If Yes, please describe:

31.     Have you previously served as a trial juror or as a grand juror?
Yes ___ No ____      If Yes, please complete for each case on which you served:

|   | Civil or Criminal | Nature of case (i.e., robbery or personal injury) | When/Where? | Was a verdict reached? (please answer yes or no) |
|---|---|---|---|---|
| 1 |   |   |   |   |
| 2 |   |   |   |   |
| 3 |   |   |   |   |
| 4 |   |   |   |   |
| 5 |   |   |   |   |

a.     Have you ever served as a jury foreperson?  Yes___     No___
b.     Was there anything about your experience as a juror which would make you not want to serve again?

7

32. Please read the following list of law enforcement agencies:

    | | |
    |---|---|
    | Attorney General | Military Police |
    | County Jail | Police Department |
    | Department of Corrections | District Attorney |
    | Sheriff's Department | FBI |
    | Highway Patrol | US Marshall |
    | Internal Revenue Service | United States Attorney |

    Have you or any close friends or relatives ever been employed by or otherwise been affiliated with any of the law enforcement agencies listed above or any other law enforcement organization (as an employee or volunteer)?
    Yes_____          No_____          If Yes, please list:

    | NAME | RELATIONSHIP TO YOU | POSITION | AGENCY |
    |---|---|---|---|
    | | | | |
    | | | | |
    | | | | |

33. Have you or any of your relatives or close friends had any involvement with any law enforcement agency?
    Yes___          No___
    If Yes, does this experience cause you to have any feelings or opinions for or against the United States in this case?     Yes___          No___

34. Have you or anyone close to you ever been the victim of any kind of crime (including fraud, burglary, robbery, assault, identity theft, etc., whether it was reported to law enforcement authorities or not)?
    Yes_____          No___          If Yes, please explain:

8

35. Have you or any of your relatives or close friends been involved in any dispute, whether or not it involved a legal action or proceeding, against or involving the United States, any United States agency, or any of their agents or employees?
Yes___   No___   If Yes:

   a. What was the nature of the dispute?

   b. Was the matter resolved satisfactorily, in your opinion?

      Yes___   No___

   c. Do you feel the United States representatives acted fairly in resolving the matter?

      Yes___   No___

   d. Does this experience cause you to have any feelings or opinions for or against the United States in this case?

      Yes___   No___

36. Have you or any of your relatives or close friends had any adverse experiences with the Federal Bureau of Investigations or the Securities & Exchange Commission?
Yes___   No___

   If Yes, do any of these experiences cause you to have any feelings or opinions for or against the United States in this case?   Yes___   No___

37. Have you ever been a party to a lawsuit, whether civil or criminal?

   Yes___   No___   If Yes, what was the nature of the case?

38. Have you or a member of your family or close friends had any experience with a "Start up" business?
Yes___   No___   If Yes, please explain:

9

39. Have you or someone you know had any involvement with an IPO ("initial public offering" on the stock market) in any capacity (as an employee, investor, or other capacity)?
 Yes___   No___   If Yes, please explain:

40. This case relates to conduct that occurred at Brocade Communications Systems. Have any of you ever done business with or owned any securities, including stocks, in Brocade Communications System?   Yes_____   No_____

41. This case involves stock options issued by Brocade Communications Systems to its employees. Have you or any members of your family received stock options in connection with your employment?   Yes_____   No_____

42. Have you or a family member or close friend ever been employed by a company which granted "stock options" to employees?  Yes _____   No _____
 If yes, were you (or the person you know) granted options?

 Yes _____    No _____

 If Yes, were the grants ever exercised?   Yes _____   No _____

43. What have you read or heard about how stock options to employees are priced and granted by companies?

44. Have you, anyone in your immediate family, or a close friend, ever been employed by or had regular contact with the Securities and Exchange Commission (SEC) or with any other financial regulatory or licensing agency?  Yes____   No___   If Yes, please explain:

45. Have you, anyone close to you or any company you have worked for ever been involved in a dispute involving stock options?  Yes_____   No___   If Yes, please explain:

10

46. Have you or anyone close to you ever been accused of fraud, misrepresentation, or fraudulently concealing information?   Yes_____   No____   If Yes, please explain:

47. Has any business, agency, or employer you have worked for or with ever been investigated for or charged with wrongdoing?   Yes_____   No____   If Yes, please explain:

48. Have you or anyone close to you ever suffered a substantial monetary loss as a result of any type of financial investment (including stocks, real estate or business)?
Yes_____   No_____   If Yes, please explain:

49. Will you follow the instructions of law that the Court will give you at the close of the case regardless of whether you agree with these instructions or not?   Yes___   No____

50. Do you have any moral, religious, or philosophical principles that make you reluctant to serve on a criminal jury?   Yes___   No____

51. Have you, any family members, or anyone close to you had any experiences with or opinions about alleged corporate fraud, whether as an investor or in some other capacity, that might interfere with your ability to consider the evidence impartially and decide a case that includes such charges?   Yes___   No____

52. Is there any matter not covered by this questionnaire that should be brought to the attention of the court because it would affect your ability to be a fair and impartial juror?
Yes___   No____   If Yes, please explain:

11

53. Is there any matter you would prefer to discuss privately with the court?
Yes___   No___   If Yes, please explain:




54. Have you ever had any experience with, or do you have any connection with, any of the individuals entities named below? If so, put a check in front of the name or the entity, and please provide details after the name of the entity.

| INDIVIDUAL OR ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| _____ Stephen Beyer | |
| _____ James Bidzos | |
| _____ Robert Bossi | |
| _____ Board Members, past and present, of Brocade Communications Systems | |
| _____ Michael Byrd | |
| _____ California Public Employees Retirement System | |
| _____ Mary Hartman Morris | |
| _____ Tony Canova | |
| _____ Daniel Cudgma | |
| _____ Colleen Devine | |
| _____ Fidelity Investments | |
| _____ Robert McCormick | |
| _____ John Garvey | |
| _____ David House | |
| _____ Patricia Kada | |

12

| INDIVIDUAL OR ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| _____ The Accounting Firm of KPMG | |
| _____ Neil Miotto | |
| _____ Margie Lee | |
| _____ Robert Morris | |
| _____ Elizabeth Moore | |
| _____ National Association of Securities Dealers | |
| _____ Deborah Ormland | |
| _____ Oak Associates | |
| _____ Robert Stimson | |
| _____ Heidi Rado | |
| _____ Lee Seidler | |
| _____ Theresa Uchida | |
| _____ Grace Ward | |
| _____ Robert Comment | |
| _____ Christopher Crespi | |
| _____ Steven Stanton | |
| _____ Jonathan Macey | |
| _____ William Simson | |
| _____ Joe Anastasi | |
| _____ David Gulley | |
| _____ Brocade Communications Systems | |
| _____ Gregory L. Reyes | |
| _____ Stephanie Jensen | |

13

| INDIVIDUAL OR ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| _____ Rich Marmaro | |
| _____ Brocade Communication Systems | |
| _____ Tyler Wall | |
| _____ Morgan Stanley | |
| _____ PricewaterhouseCoopers | |
| _____ Arthur Andersen | |
| _____ The law firm of Howard Rice | |
| _____ Pam Phillips | |
| _____ Diane Doolittle | |
| _____ John Potter | |
| _____ The law firm of Quinn Emanuel Urquhart Oliver & Hedges | |
| _____ The law firm of Sidley Austin | |
| _____ Mike Kelley | |
| _____ The law firm of Orrick Herrington & Sutcliffe | |
| _____ Mike Torpey | |
| _____ Walt Brown | |
| _____ Amy Ross | |
| _____ Mark Beck | |
| _____ The law firm of Heller Ehrman | |
| _____ Norman Blears | |
| _____ Robert Buehler | |

| INDIVIDUAL OR ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| _____ Alexander Lyon | |
| _____ The law firm of Morrison & Foerster | |
| _____ Paul Friedman | |
| _____ Craig Martin | |
| _____ The law firm of Farella Braun | |
| _____ William P. Keane | |
| _____ Douglas R. Young | |
| _____ United States District Court | |
| _____ The US Department of Justice | |
| _____ Office of the United States Attorney | |
| _____ Christopher James Steskal | |
| _____ Timothy P. Crudo | |
| _____ Adam Reeves | |
| _____ Scott N. Schools | |
| _____ Kevin Ryan | |
| _____ The Federal Bureau of Investigation | |
| _____ Securities and Exchange Commission | |
| _____ The law firm of Skadden Arps Slate Meagher & Flom | |
| _____ Jack DiCanio | |
| _____ Ronda McKaig | |
| _____ Garrett Waltzer | |

15

| **INDIVIDUAL OR ENTITY** | **PLEASE PROVIDE DETAILS** |
|---|---|
| Matt Sloan | |
| Ryan Weinstein | |
| Chris Gunther | |
| Nicole Argentieri | |
| Elizabeth Harlan | |
| Sean Coutain | |
| Josh Ellis | |
| Arvin Lugay | |
| Jonah Van Zandt | |
| Sheryl Wu | |
| The law firm of Munger, Tolles & Olson | |
| Brad D. Brian | |
| Jerry Roth | |
| The law firm of Wilson Sonsini Goodrich & Rosati | |
| Nina (Nicki) Locker, | |
| Caz Hashemi | |
| Steven D. Guggenheim | |
| Cameron Hoffman | |
| Robert Leach, Esq. | |
| Navigant Consulting | |
| William Salzman | |
| John Yun | |
| Patrick T. Murphy | |

16

| INDIVIDUAL OR ENTITY | PLEASE PROVIDE DETAILS |
|---|---|
| _____ Jennifer Scafe, | |
| _____ Susan F. LaMarca | |
| _____ Susan Fleischmann | |
| _____ The law firm of Keker & Van Nest | |
| _____ Jan Nielsen Little | |
| _____ Michael D. Celio | |
| _____ Laurie Carr Mims | |
| _____ Eric MacMichael | |
| _____ Cathleen Crane | |
| _____ Steven Ragland | |
| _____ Susan Woodward | |

I declare under penalty of perjury that the foregoing information is true and correct.

Signature:_____   Date: _____

17