IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>STEPHANIE JENSEN,<br><br>  Defendant.<br>_____/ | No. C 06-00556-2 CRB<br><br>**ORDER** |

Defendant Stephanie Jensen's motion for a bill of particulars and for disclosure of grand jury colloquy is DENIED as untimely.

**IT IS SO ORDERED.**

Dated: November 15, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE