**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEPHANIE JENSEN,<br><br>    Defendant.<br>_____/ | No. C 06-00556-2 CRB<br><br>**ORDER RE: "WILLFULLY" INSTRUCTION** |

The Court concludes that its proposed instruction on willfulness, as defined by 15 U.S.C. § 78ff(a), accurately sets forth the governing legal standard.  See United States v. Tarallo, 380 F.3d 1174, 1188 (9th Cir. 2004).  Accordingly, the jury will be instructed as follows:

> To prove that Ms. Jensen acted willfully, the government must prove beyond a reasonable doubt that Ms. Jensen intentionally falsified books, records or accounts, knowing the falsification to be wrongful.

**IT IS SO ORDERED.**

Dated: December 3, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE