IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEPHANIE JENSEN,<br>Defendant. | No. C 06-00556-2 CRB<br>**VERDICT FORM** |

**COUNT ONE (Conspiracy to Falsify Books, Records, and Accounts in violation of 18 U.S.C. § 371)**

We find the defendant:

_____Not Guilty   \_\_x\_\_Guilty

**COUNT TWO (Falsifying Books, Records, and Accounts in violation of 15 U.S.C. §§ 78m(b)(2)(A), 78m(b)(5), and 78ff, 17 C.F.R. § 240.13b2-1)**

We find the defendant:

_____Not Guilty   \_\_x\_\_Guilty

Dated: 12/5/07

_____
Foreperson
Alan Cotton