IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 06-00556-2 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHANIE JENSEN, | |
| Defendant. | |

At the hearing scheduled for January 23, 2008, the defendant shall be prepared to locate with specificity the source of the requirement that a defendant charged with violating the Books & Records statute act with knowledge of unlawfulness. To wit, the defendant shall be prepared to identify whether the knowledge of unlawfulness requirement is rooted in 15 U.S.C. § 78ff's use of the word "willfully," or in 15 U.S.C. § 78m(b)(5)'s use of the word "knowingly."

**IT IS SO ORDERED.**

Dated: January 22, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\Jensen\Hearing Order.wpd