IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. C 06-00556-2 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHANIE JENSEN, | |
| Defendant. | |

The defendant is ordered to inform the Court by Wednesday, March 5 whether she intends to seek or obtain indemnification for any criminal fine levied by the Court pursuant to 15 U.S.C. § 78ff(a) and 18 U.S.C. § 3571(b)(3).

**IT IS SO ORDERED.**

Dated: March 3, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\Jensen\Indemnification Order.wpd