IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHANIE JENSEN,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 06-00556-2 CRB<br><br>**ORDER** |

　　　　The last sentence of the Court's Order re Sentencing Guidelines, filed March 4, 2008 is hereby stricken. The Court acknowledges that the minimum term of a sentence imposed under Zone B of the Guidelines may be satisfied either by a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement or home detention, provided that at least one month is satisfied by imprisonment, <u>or</u> by a sentence of probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement or home detention for imprisonment. <u>See</u> U.S.S.G. § 5C1.1(c)(3).

　　　　**IT IS SO ORDERED.**

Dated: March 5, 2008　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\0556cr\Jensen\Clarification Order.wpd